AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of _____ALABAMA_____

UNITED STATES OF AMERICA
**V.**

JEFFREY AARON SPURLOCK

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:        3:03cr278-MHT
                    (WO)

USM Number:         11385-002

Jennifer A. Hart
Defendant's Attorney

## THE DEFENDANT:

X  admitted guilt to violation of condition(s)  1, 3, 4, 5 of the Petition filed 9/14/07  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from any unlawful use of a controlled substance. | 7/20/07 & 7/30/07 |
| 3 | The defendant failed to report to the probation officer and submit a truthful and complete written report within the first five days of each month. | 8/5/07 & 9/5/07 |
| 4 | The defendant failed to answer truthfully all inquires by the probation officer and follow the instructions of the probation officer. | 8/6/07 |
| 5 | The defendant failed to notify the probation officer at least ten days prior to any changes in residence or employment. | 8/7/07 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The charge incorporated in Petition as    violation # 2    is DISMISSED on Government's oral motion

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any
change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   1982

Defendant's Residence Address:

Phenix City, Alabama

Defendant's Mailing Address:

September 25, 2007
Date of Imposition of Judgment

Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

9/27/2007
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:      JEFFREY AARON SPURLOCK
CASE NUMBER:    3:03cr278-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
24 Months. The term of supervised release imposed on February 27, 2006, is hereby REVOKED.

X  The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the Federal Bureau of Prisons designate the defendant to a facility where the Intensive Residential Drug Treatment program is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐  a.m.  ☐  p.m.   on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL